**E-Filed 7/8/08**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SALVADOR L. NIEBLAS,<br><br>                  Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner, Social Security Administration,<br><br>                  Defendant. | Case Number C 08-2865 JF (PVT)<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>[Doc. No. 2] |

      Pursuant to 28 U.S.C. § 1915, a district court may authorize the commencement of a civil action *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing fee necessary to pursue the action. 28 U.S.C. § 1915(a)(1). Based upon Plaintiff's application in this case, it appears that Plaintiff and his wife together gross almost $70,000 per year and own a $600,000 home with a very small mortgage. It thus appears that Plaintiff has the ability to pay the filing fee in this action.

1 | Plaintiff's application to proceed *in forma pauperis* therefore is DENIED.

6 | DATED: 7/8/08

_____
JEREMY FOGEL
United States District Judge

1  Order served on:
2
3  Harvey Peter Sackett hps@hpspc.com, juanita@sackettlaw.com, julie@sackettlaw.com,
4  lucyc@sackettlaw.com
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Case No. C 08-2865 JF (PVT)
ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC2)