HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/as

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR L. NIEBLAS, | ) Civil No. C08-02865 ~~PVT~~ JF |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time of (45) days up through and including Tuesday, January 13, 2009 in which to e-file his Motion for Summary Judgment. This extension is necessitated by: (1) the number of other cases (4) Plaintiff's counsel currently has before this district court and other district courts that also require

1

STIPULATION AND ORDER

briefing around this time; and (2) counsel's absence from the Bay Area the latter portion of December until after January 1, 2009.

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

Dated: November 24, 2008            /s/
                                        SARAH RYAN
                                        Special Assistant U.S. Attorney

Dated: November 24, 2008            /s/
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        SALVADOR L. NIEBLAS

IT IS SO ORDERED.

Dated: 11/26/08

                                        HON. ~~PATRICIA V. TRUMBULL~~ JEREMY FOGEL
                                        United States ~~Magistrate~~ Judge
                                               District

STIPULATION AND ORDER