1  HARVEY P. SACKETT (72488)
2  
3  **SACKETT AND ASSOCIATES**
   A PROFESSIONAL LAW CORP.
4  1055 Lincoln Avenue
5  Post Office Box 5025
   San Jose, California 95150-5025
6  Telephone: (408) 295-7755
7  Facsimile:  (408) 295-7444

8  Attorney for Plaintiff

9  /as

10

11             UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA
13

14 | SALVADOR L. NIEBLAS,         ) Civil No. C08-02865 JF PVT
                                  )
15 |        Plaintiff,             )
                                  )
16 |                               ) STIPULATION AND ORDER
   | v.                            )
17 |                               )
   | MICHAEL J. ASTRUE,            )
18 | Commissioner,                 )
19 | Social Security Administration,)
                                   )
20 |        Defendant.              )
21 |_____)

22         Plaintiff and Defendant, through their respective attorneys, hereby stipulate that
23  Plaintiff shall have a second extension of time of (30) days up through and including Tuesday,
24  February 17, 2009 in which to e-file his Motion for Summary Judgment. This extension is
25  necessitated by the number of other cases (9) Plaintiff's counsel currently has before this
26  district court and other district courts that also require briefing around this time.
27
28

                                        1
STIPULATION AND ORDER

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO |
| 2 | United States Attorney |
| 3 | |
| 4 | |
| 5  Dated: January 12, 2009 | /s/ |
| 6 | SARAH RYAN |
|   | Special Assistant U.S. Attorney |
| 7 | |
| 8 | |
| 9 | |
| 10  Dated: January 12, 2009 | /s/ |
| 11 | HARVEY P. SACKETT |
|   | Attorney for Plaintiff |
| 12 | SALVADOR L. NIEBLAS |
| 13 | |

IT IS SO ORDERED.

Dated: 1/14/09

HON. JEREMY FOGEL
HON. PATRICIA V. TRUMBULL
United States ~~Magistrate~~ District Judge

2

STIPULATION AND ORDER